UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE HARWOOD, a single man,<br><br>            Plaintiff,<br><br>    vs.<br><br>RICK RUNGE, a married man,<br><br>            Defendant. | NO. 2:16-CV-00003-JLQ<br><br>ORDER RE: STIPULATION OF DISMISSAL, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

   BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 18) wherein the parties state they agree to dismissal of this action with prejudice.

   **IT IS HEREBY ORDERED:**

   1.    The Stipulation for Dismissal with Prejudice (ECF No. 18) is **GRANTED**.

   2.    The Clerk is directed to enter judgment of dismissal of the Amended Complaint (ECF No. 12) and the claims therein **WITH PREJUDICE** and without costs or attorneys' fees awarded to either party.

   **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close this file.

   Dated July 21, 2016.

                       s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1